IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    No.    16-cv-1067 MCA/SMV
                                                  14-cr-0931 MCA

MATTHEW J. HOLMES,

    Defendant.

## ORDER

THIS MATTER is before the Court sua sponte under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [CV Doc. 1], [CR Doc. 69].  The Court will direct the United States to respond to Defendant's motion.

**IT IS HEREBY ORDERED** that the Clerk forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and supporting papers and exhibits, if any, together with a copy of this Order.

**IT IS FURTHER ORDERED** that no later than **November 4, 2016**, the United States must respond to Defendant's § 2255 motion.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**