# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     **Plaintiff,**

v.                              **No.  14-cr-0931 MCA**
                                          **16-cv-1067 MCA/SMV**

MATTHEW J. HOLMES,

     **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD"), filed October 26, 2017.  [CR Doc. 80; CV Doc. 11].  On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended denying Defendant Matthew J. Holmes's Motion to Vacate, Set Aside, or Correct Sentence [CR Doc. 69; CV Doc. 1].  No party has filed objections to the PF&RD, and the time for doing so has passed.

     **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [CR Doc. 80; CV Doc. 11] are **ADOPTED**.

     **IT IS FURTHER ORDERED** that Defendant Matthew J. Holmes's Motion to Vacate, Set Aside, or Correct Sentence [CR Doc. 69; CV Doc. 1] is **DENIED**.  Case number 16-cv-1067 MCA/SMV is **DISMISSED with prejudice**.

     **IT IS SO ORDERED**.

                                         _____
                                         **M. CHRISTINA ÁRMIJO**
                                         **Chief United States District Judge**